IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

William L. Melton,

    Plaintiff,

vs.

2:18-CV-04192

Anne L. Precythe; et al.,

    Defendants.

SCANNED at ACC and E-mailed 5-10-19 by JF. 1 pages
date    initials   No.

MOTION FOR LEAVE OF COURT TO EXCUSE COMPLIANCE WITH MANDATORY ELECTRONIC FILING COMBINED WITH NOTICE OF ADDRESS CHANGE

Plaintiff William L. Melton moves this court for leave to excuse compliance with local rule 5.1's Mandatory electronic filing requirement.

Plaintiff will be discharged from imprisonment on May 17, 2019 and will reside at: 2725 Narraganset Drive, Florissant, MO 63033; (314)838-3191.

Plaintiff's accomadations in florissant Missouri do not included electronic filing technology.

For the reasons above, this court must grant plaintiff leave to excuse local rule 5.1's madatory electronic filing requirement.

                            Respectfully Requested,

                            */s/ William L. Melton*

                            William L. Melton

          CERTIFICATE OF SERVICE    May 9, 2019

    I certify the Defendant's attorneys of record were provided a true and correct duplication of this document. It was provided by way of US Mail, postage prepaid (electronically filed).

                            */s/ William L. Melton*

                            William L. Melton

1